JS - 6

**FILED: 4/4/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | NO. CV 14-174-GHK; |
| | ) | (CR 05-61-GHK) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| HUGO ALEJANDRO GRANADOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on our April 4, 2014 Order granting the Government's motion to dismiss the Section 2255 motion,

IT IS HEREBY ADJUDGED that defendant's 28 U.S.C. Section 2255 motion is DENIED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: APRIL 4, 2014

_____
George H. King
Chief United States District Judge